IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   04-2181 D/An |
| FxTRADE FINANCIAL, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is the Motion to Withdraw by Burch, Porter & Johnson, PLLC ("Burch Porter"), counsel of record for Defendants Jeffrey A. Mischler and FxTrade Financial, LLC (collectively "Defendants"), filed on March 7, 2005. On March 8, 2005, United States District Judge Bernice B. Donald entered an Order Amending the Scheduling Order, which re-set the trial date in this matter for January 16, 2005. After review, the Court concludes that Defendants will have sufficient time to employ new counsel and be prepared for trial. Therefore, Defendants will not be prejudiced by Burch Porter withdrawing from this matter.

Therefore, for good cause shown, the motion is **GRANTED**. Burch Porter is directed to promptly provide a copy of this Order to Defendants. Burch Porter shall make reasonable efforts to confirm that Defendants received a copy of this Order. Defendants shall have until April 25,

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  4-4-05



2005 to retain new counsel or notify the Court that they will be proceeding *pro se.*

**IT IS SO ORDERED.**

/s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 1, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Mary Alison Hale
U.S. DISTRICT COURT
167 N. Main St.
Ste. 1111
Memphis, TN 38103

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Honorable Bernice Donald
US DISTRICT COURT