IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 04-2181 D/An |
| FXTRADE FINANCIAL, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER SETTING SHOW CAUSE HEARING

On February 22, 2005 Plaintiff filed a Motion to Compel Discovery against Defendant Lee N. Romano II. Defendant Romano did not file a response to the Motion, as required by the Local Rules for the Western District of Tennessee, and the Court has entered an Order Granting Plaintiff's Second Motion to Compel Discovery against Defendant Lee N. Romano II.

**IT IS THEREFORE ORDERED** that a Show Cause Hearing be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, APRIL 14, 2005 at 3:30 P.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. At the Show Cause hearing Defendant Romano shall show cause as to why an award of fees and expenses as requested in Plaintiff's Second Motion to Compel is not appropriate.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 1, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Mary Alison Hale
U.S. DISTRICT COURT
167 N. Main St.
Ste. 1111
Memphis, TN 38103

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Honorable Bernice Donald
US DISTRICT COURT