IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY Pg

05 APR -4 PM 2: 2_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO.   04-2181 D/An |
| FXTRADE FINANCIAL, LLC, et al., ) ) | |
| Defendants. ) | |

## ORDER SETTING SHOW CAUSE HEARING

On March 1, 2005 Plaintiff filed a Second Motion to Compel Discovery against Defendant Mary Jo Sibbitt. Defendant Sibbitt did not file a response to the Motion, as required by the Local Rules for the Western District of Tennessee, and the Court has entered an Order Granting Plaintiff's Second Motion to Compel Discovery against Defendant Mary Jo Sibbitt.

**IT IS THEREFORE ORDERED** that a Show Cause Hearing be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, APRIL 14, 2005 at 3:00 P.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. At the Show Cause hearing Defendant Sibbitt shall show cause as to why an award of fees and expenses as requested in Plaintiff's Second Motion to Compel is not appropriate.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 1, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Mary Alison Hale
U.S. DISTRICT COURT
167 N. Main St.
Ste. 1111
Memphis, TN 38103

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Honorable Bernice Donald
US DISTRICT COURT