IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 16 PM 2: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | NO.   04-2181 D/An |
| FXTRADE FINANCIAL, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT JEFFREY A. MISCHLER

Before the Court is Plaintiff's Motion to Compel Discovery against Defendant Jeffrey A. Mischler filed on February 18, 2005. On March 14, 2005, the Court entered an Order Granting Motion for Extension of Time for Mr. Mischler to respond to the instant Motion. On March 15, 2005, Mr. Mischler filed a Supplemental Motion for Extension of Time to Respond to the instant Motion. Again, the Court granted the Supplemental Motion, giving Mr. Mischler until April 15, 2005 to respond to this Motion.

Although the Court granted him two extensions of time to respond to the instant motion, Mr. Mischler failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, for good cause shown and because Mr. Mischler did not respond to the motion, the Motion to Compel is **GRANTED**. Mr. Mischler shall provide complete responses to Plaintiff's First Set of

1

Interrogatories and Request for Production of Documents within 15 days of entry of this Order. Mr. Mischler is reminded that the failure to comply with an Order of the Court can be grounds for the imposition of sanctions.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 11, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT