FILED BY  D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 JUN 15 AM 10: 35
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-2181 D/An |
| | ) | |
| FXTRADE FINANCIAL, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER GRANTING MOTION TO COMPEL DISCOVERY

---

Before the Court is Plaintiff's Motion to Compel Discovery Against Defendants FxTrade

Financial, LLC; Jeffrey A. Mischler; Lee N. Romano II; Mary Jo Sibbitt; Gordon J. Vandeveld;

and Reverie LLC (collectively "Defendants") filed on May 19, 2005. Defendants failed to file a

response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any

motion, other than one requesting dismissal of a claim or action, may be deemed good grounds

for granting the motion." Local Rule 7.2(a)(2). As such, the Motion is **GRANTED**. All

Defendants shall be required to provide the initial disclosures or revised initial disclosures

requested in Plaintiff's Motion within 11 days of entry of this Order.

Federal Rule of Civil Procedure 37 provides that the payment of reasonable expenses,

including attorney's fees, is an appropriate sanction. *See* Fed. R. Civ. P. 37. In addition, "a court

may assess attorneys' fees when a party has acted in bad faith, vexatiously, wantonly, or for

oppressive reasons." *Dillon*, 986 F.2d at 266. The United States Supreme Court agrees with the

*Dillon* court. *See, e.g., Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991); *Roadway Express, Inc. v.*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-15-05

105

*Piper*, 447 U.S. 752, 763 (1980) ("Both parties and counsel may be held personally liable for expenses, 'including attorney's fees,' caused by the failure to comply with discovery orders."). As such, for good cause shown, Defendants shall also be required to pay the reasonable expenses, including attorney's fees, Plaintiff incurred in filing the instant Motion. Plaintiff shall file an affidavit listing the fees and expenses related to this Motion within 11 days of entry of this Order. Defendants shall each be liable for paying the fees and expenses, subject to the Court's approval.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 13, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT