IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   04-2181 D/An |
| FXTRADE FINANCIAL, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On June 15, 2005, the Court granted Plaintiff's Motion to Compel Discovery.[1] In that Order, the Court instructed Plaintiff to "file an affidavit listing the fees and expenses related" to the Motion to Compel. Plaintiff filed its Affidavit with the Court on June 24, 2005, requesting $400.00 in attorney fees associated with the Motion to Compel.

For good cause shown, it is **ORDERED** that Defendants FxTrade Financial, LLC; Jeffrey A. Mischler; Lee N. Romano II; Mary Jo Sibbitt; Gordon J. Vandeveld; and Reverie LLC shall pay to Plaintiff the sum of $400.00 incurred in conjunction with Plaintiff's Motion to Compel. Defendants shall pay this amount to Plaintiff within 15 days of entry of this Order. Defendants are reminded that the failure to comply with an Order of the Court can be grounds for the imposition of sanctions.

---

[1] The Motion to Compel Discovery, located at docket entry 104, requested that the Court require Defendants to provide initial disclosures or revised initial disclosures.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-11-05

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 1, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT