# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURE TRADING COMMISION,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>FXTRADE FINANCIAL, LLC, et al.,  )<br>  )<br>Defendants,  )<br>  )<br>JOSEPH J. CECALA, JR.,  )<br>  )<br>Relief Defendant.  ) | Case No. 04-2181 D AN |

## ORDER OF REFERENCE

Before the Court is Plaintiff's Motion to Impose Discovery Sanctions Against Defendants FXTrade Financial, Llc; Jeffrey A. Mischler; Mary Jo Sibbitt; and Reverie LLC filed on July 6, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Report and Recommendation. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this 7th day of July 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-13-05

(116)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Honorable Bernice Donald
US DISTRICT COURT