IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FxTRADE FINANCIAL, LLC; ) <br> JEFFREY A. MISCHLER; LEE N. ) <br> ROMANO, II; MARY JO SIBBITT; ) <br> ERNST H. BEHR; GORDON J. ) <br> VANDEVELD; and REVERIE, LLC, ) <br> ) <br> Defendants, ) <br> ) <br> JOSEPH J. CECALA, JR., ) <br> ) <br> Relief Defendant. ) | No. 04-2181-BBD |

**MOTION PURSUANT TO LR83.1(b) FOR ADMISSION <u>PRO HAC VICE</u>
OF THOMAS J. SJOBLOM AND BENJAMIN R. OGLETREE**

Comes now Michael Richards, attorney for Relief Defendant Joseph J. Cecala, Jr., and respectfully moves this Court pursuant to LR83.1(b) for admission of Thomas J. Sjoblom and Benjamin R. Ogletree to practice <u>pro hac vice</u> as counsel for Relief Defendant Joseph J. Cecala, Jr. in this case.  This motion is supported by their affidavits.  A proposed order is attached.

**MOTION GRANTED**
DATE: 8/16/2005
/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

M WMR 812991 v1
2826779-000001 02/25/05

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-18-05

(127)

Respectfully submitted,

_____
Michael Richards, (#7973)
Attorney for Relief Defendant,
Joseph J. Cecala, Jr.

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

## CERTIFICATE OF SERVICE

I, Michael Richards, hereby certify that a true and correct copy of the foregoing has been served upon Richard Glaser, Commodity Futures Trading Commission, Division of Enforcement, 1155 21st Street, N.W., Washington, D.C. 20581; Charles D. Marvine and Rachel A. Hayes, Commodity Futures Trading Commission, Division of Enforcement, Two Emanuel Cleaver II Boulevard, Suite 300, Kansas City, Missouri 64112; Gary A. Vanasek, Esq., Assistant United States Attorney, United States Attorney's Office, 200 Jefferson Avenue, Suite 811, Memphis, Tennessee 38103; Joseph J. Cecala, Jr., 222 West Albion, Park Ridge, Illinois 60068; Scott J. Crosby, Esq. and Mary A. Hale, Esq., Burch, Porter & Johnson, 130 N. Court Avenue, Memphis, Tennessee 38103, Lee N. Romano, II, P. O. Box 17, Union, Illinois 60180; Mary Jo Sibbitt and Reverie, LLC, 21 W. 611 Glen Park Road, Glen Ellyn, Illinois 60137; Ernst H. Behr, 1575 Delucci Lane, #115, Reno, Nevada 89502; Gordon J. Vandeveld, 1731 Wildberry Drive, Unit F, Glenview, Illinois 60025; and Benjamin Ogletree, Esq. and Amy E. Nelson, Esq., Chadbourne & Parke, LLP, 1200 New Hampshire Avenue, N.W. Washington, D.C. 20036, via first class mail, postage prepaid this 25th day of February, 2005.

_____
Michael Richards

M WMR 812991 v1
2826779-000001 02/25/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Honorable Bernice Donald
US DISTRICT COURT