IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   04-2181-BBD |
| FX TRADE FINANCIAL, LLC, et al., | ) ) | |
| Defendants. | ) ) ) | |

### ORDER GRANTING MOTION FOR MODIFICATION
### OF RULE 16(b) SCHEDULING ORDER

Before the Court is Relief Defendant Joseph Cecala, Jr.'s Expedited Motion to Extend the Deposition Discovery Deadline or, Alternatively, to Quash Cecala's Deposition Pending a Decision on his Motion for Summary Judgment filed on September 14, 2005. For good cause shown, the motion to extend the deposition discovery deadline is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadline:

**Deposition Discovery Deadline**          October 31, 2005

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 19, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 148 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT