UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY AGT D.C.

2005 NOV -7  PM 12: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

Case No. 04-2181-D/An

FXTRADE FINANCIAL, LLC, ET AL.,

    Defendants,

JOSEPH J. CECALA, JR.,

    Relief Defendant.

## ORDER

Before the Court is Plaintiff Commodity Futures Trading Commission's Motion to Extend Deposition-Discovery Deadline and Memorandum in Support Thereof (Docket Entry # __). Upon review of the motion and the memorandum included therewith, the motion is GRANTED.

IT IS HEREBY ORDERED that the deadlines in the Rule 16(b) Scheduling Order be amended as follows:

**COMPLETING ALL DISCOVERY:**

    (c)    **DEPOSITIONS:**    November 21, 2005

IT IS SO ORDERED this 4th day of November 2005.

S. Thomas Anderson  USMJ
~~BERNICE B. DONALD~~
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-8-05

169

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 169 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT