## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

vs.

FX TRADE FINANCIAL, LLC, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No.    04-2181 D/An

---

## ORDER SETTING HEARING

---

Before the Court is Relief Defendant Joseph J. Cecala's Renewed Motion to Quash

his Deposition or, Alternatively, for a Protective Order filed on October 12, 2005, and Plaintiff's

Expedited Motion to Compel Deposition of Joseph J. Cecala, Jr. filed on November 4, 2005.

After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate

Judge S. Thomas Anderson on **THURSDAY, DECEMBER 8, 2005 at 11:00 A.M.** in

Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

    **IT IS SO ORDERED.**

_S. Thomas Ande_

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE


Date: _November 23, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11/29/05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT