FILED BY ___ D.C.

05 DEC -6  AM 9: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

FXTRADE FINANCIAL, LLC, et al.,

    Defendants,

JOSEPH J. CECALA, JR.,

    Relief Defendant.

Case No. 04-2181 D An

---

## ORDER OF REFERENCE

---

Before the court are the following motions filed in this case on December 1, 2005: 1) Plaintiff's Contempt Motion Against Mary Jo Sibbitt for Failure to Comply with Deposition Subpoena; 2) Plaintiff's Contempt Motion Against Steven P. Sibbett, Sr. for Failure to Comply with Deposition Subpoena; and 3) Plaintiff's Contempt Motion Against Charles A. Kiger for Failure to Comply with Deposition Subpoena.

These matters are hereby referred to the United States Magistrate Judge for a Determination. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/7/05_



order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this 5th day of December, 2005.

*/s/ Bernice B. Donald*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Honorable Bernice Donald
US DISTRICT COURT