IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 12: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

COMMODITY FUTURES TRADING )
COMMISSION, )
)
Plaintiff, )
)
v. )                        NO.    04-2181 D/An
)
FX TRADE, LLC, et al., )
)
Defendants. )
)

---

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
## DISCOVERY AGAINST DEFENDANT ERNST H. BEHR

Before the Court is Plaintiff's Motion to Compel Discovery Against Defendant Ernst H. Behr filed on October 11, 2005. United States District Judge Bernice B. Donald referred the matter to the United States District Judge for determination.

The Defendant failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, and for good cause shown, the Motion is **GRANTED**.

The Plaintiff shall submit an affidavit setting forth the amount of expenses and fees incurred due to the preparation and filing of this Motion within fifteen (15) days from entry of this Order. The Defendant shall have thirty (30) days to respond as to why fees and expenses should not be

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

(179)

allowed.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 08, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:04-CV-02181 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Jeffrey A. Mischler
8653 Heatherly Cove
Germantown, TN 38138

Joseph J. Cecala
222 Albion
Park Ridge, IL 60068

Mary Jo Sibbitt
21 W. 611 Glen Park Rd
Glen Ellyn, IL 60137

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Benjamin R. Ogletree
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Charles D. Marvine
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Rachel A. Hayes
COMMODITY FUTURES TRADING COMMISSION
Two Emanuel Cleaver II Blvd.
Ste. 300
Kansas City, MO 64112

Richard Glaser
1155 21st Streetm N.W.
Division of Enforcement
Washington, DC 20581

Thomas J. Sjoblom
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave.
Ste. 300
Washington, DC 20036

Honorable Bernice Donald
US DISTRICT COURT